UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRSTJEN NIELSEN,<br><br>    Defendant. | No. CV 16-07695 PA(MRWx)<br><br>**PROTECTIVE ORDER**<br><br>Honorable Michael R. Wilner<br>United States Magistrate Judge |

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that Protected Material, as defined in the Stipulation, may be disclosed by Defendant and used pursuant to and in accordance with the Stipulation.

DATED: February 15, 2018

_____
HONORABLE MICHAEL R. WILNER
UNITEDSTATES MAGISTRATE JUDGE