UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>            Plaintiff,<br><br>    v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security,<br><br>            Defendant. | No.   CV 16-7695 PA (MRWx)<br><br>JUDGMENT |

In accordance with the Court's May 7, 2018, Minute Order granting summary judgment in favor of defendant Kirstjen Nielsen ("Defendant"), Secretary of Homeland Security, the Court has resolved all of the claims pending in this action.

    1.    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in her favor on all claims asserted by plaintiff Anthony Mitchell ("Plaintiff").

    2.    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing and Defendant shall have her costs of suit.

DATED: May 7, 2018

                                        Percy Anderson
                           UNITED STATES DISTRICT JUDGE